

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-17-00155-CV

_____

**BRANDY LEIGH MOORE,**

**Appellant**

**v.**

**JAY CHRISTOPHER MOORE,**

**Appellee**

_____

**From the 18th District Court
Johnson County, Texas
Trial Court No. DC-D201600897**

_____

# O R D E R

_____

This appeal was referred to mediation on June 14, 2017. Appellant notified the Court on October 20, 2017 that the parties did not reach a settlement.

Accordingly, the suspension of the appeal is lifted. Appellant's brief is due 30 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Suspension lifted
Order issued and filed October 25, 2017

